■ In the Matter of MARY L. WARD, Petitioner, v JAMES A. KRAUSKOPF, as Commissioner of the New York City Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent State Commissioner of Social Services, dated March 9, 1982 and made after a statutory fair hearing, which affirmed a determination of the local agency to deny petitioner's application for a grant of Emergency Assistance for Adults. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ There is substantial evidence in the record to support the determination of the State Commissioner of Social Services. Titone, J. P., Mangano, Thompson and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK E. BOSLEY, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Sherman, J.), rendered March 2, 1983, convicting him of robbery in the second degree, upon a plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ There was ample opportunity to observe defendant during the incident (*People v Harrington,* 29 NY2d 498) and, therefore, there was an independent basis for any in-court identification (see, generally, *People v Gonzalez,* 27 NY2d 53; *People v Cyrus,* 76 AD2d 842). Titone, J. P., Mangano, Thompson and Eiber, JJ., concur.